UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HENRY LEE JONES, | ) |
| Plaintiff, | ) |
| | ) No. 3:19-cv-00795 |
| v. | ) Judge Trauger |
| TONY MAYS, et al., | ) |
| Defendants. | ) |

# O R D E R

On April 19, 2021, the magistrate judge issued a Report and Recommendation (Doc No. 59), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, which are incorporated herein by reference as if set forth verbatim, it is hereby ORDERED that the plaintiff's motion for a preliminary injunction and a temporary restraining order (Doc. No. 37) is DENIED.

This case is hereby returned to the Magistrate Judge for further handling under the original referral order.

It is so **ORDERED.**

_____
ALETA A. TRAUGER
U.S. District Judge