IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HENRY LEE JONES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:19-cv-00795 |
| | ) Judge Aleta A. Trauger |
| TONY MAYS et al., | ) ) |
| Defendants. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum, *pro se* plaintiff Henry Lee Jones's construed objections (Doc. Nos. 104, 105) to Magistrate Judge Barbara Holmes's Report and Recommendation ("R&R") (Doc. No. 102) are **OVERRULED**, and the court **ACCEPTS and ADOPTS** the R&R in its entirety. The defendants' Motion for Summary Judgment (Doc. No. 79) is **GRANTED**, and this case is **DISMISSED**.

All other pending motions, specifically the preliminary injunction motion (Doc. No. 74) and Renewed *Pro Se* Motion for Appointment of Counsel (Doc. No. 106), are **DENIED AS MOOT.**

This is the final order in this case. The Clerk shall enter judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge